DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW MILTON BEYERS,**
Appellant,

v.

**BEVERLY L. POOLE,**
Appellee.

No. 4D2023-1849

[February 7, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. FMCE-16-004853.

Paul E. Gifford of The Law Office of Paul E. Gifford Chartered, Fort Lauderdale, for appellant.

Gabrielle D'Agostino of Gabrielle D'Agostino, P.A., Boynton Beach, for appellee.

PER CURIAM.

We affirm without prejudice for Appellant to file a facially sufficient petition pursuant to chapter 39, Florida Statutes, in the trial court.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***